UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KEVIN JOHNSON,                         :

        Plaintiff,          :

                                    Civil Action No. 01-4451(JWB)
    v.                            :

                                      **O R D E R**
                               :
POLO RALPH LAUREN, CORP.;
ABC CORP.; DEF CORP.; and             :
GHI CORP., jointly,
separately and individually,          :

        Defendants.           :

This matter having been referred by this Court to United States Magistrate Judge G. Donald Haneke pursuant to L. Civ. R. 72.1(a)(2) and Fed. R. Civ. P. 72(b); and Magisrate Haneke having filed a Report and Recommendation on May 12, 2005; and no objections to the Report and Recommendation having been received from the parties; and the Court having undertaken an independent review of the file; and for good cause shown,

    It is on this   31st   day of May, 2005,

    **ORDERED** that the Report and Recommendation be, and it hereby is, adopted as the opinion of this Court; and it is further

**ORDERED** that this matter remain open and all outstanding discovery disputes shall be argued before Magistrate Haneke on June 6, 2005 at 10:00 A.M.

```
                          /s/   John W. Bissell
                               JOHN W. BISSELL
                                 Chief Judge
                          United States District Court
```